

United States District Court
Southern District of Texas
FILED

OCT 2 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCIA A. DIAZ, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-185 |
| CIRCUIT CITY, INC., | § § | |
| Defendant. | § § | |

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant Circuit City Stores, Inc. hereby removes to this Court the instant civil action.

1.    On or about September 29, 2003, Plaintiff Marcia A. Diaz filed an action against Defendant Circuit City Stores, Inc. entitled *Marcia A. Diaz v. Circuit City, Inc.* in the 404th Judicial District Court of Cameron County, Texas, Cause No. 2003-09-4850. Attached as Exhibit 2 is a true and correct copy of Plaintiff's Original Petition.

2.    On or about October 3, 2003, Plaintiff served Defendant with the Petition through its Texas agent for service of process. Defendant is filing this Notice of Removal within thirty days of the receipt of the Petition, and this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

3.    Plaintiff is a resident and citizen of the State of Texas. Pltf. Orig. Pet., ¶II.

4.    Circuit City Stores, Inc. is incorporated under the laws of the Commonwealth of Virginia, and its principal place of business and headquarters are located in the Commonwealth of Virginia.

5.    Complete diversity among the parties existed at the time this action was filed, and complete diversity continues to exist.

NOTICE OF REMOVAL OF CIVIL ACTION - Page 1

6. Plaintiff's Original Petition alleges claims of age discrimination and unlawful retaliation in violation of the Texas Commission on Human Rights Act. If proven, these claims are of the type entitling Plaintiff to damages in an amount exceeding $75,000, exclusive of interest and costs.

7. In accordance with Local Rule 81, Defendant has attached the required documents and provides the following information about the requested categories of documents:

(1) All executed process is attached as Exhibit 1;

(2) Plaintiff's Original Petition is the only pleading asserting a cause of action. It is attached as Exhibit 2;

(3) There are no orders signed by the state judge;

(4) A copy of the state court docket sheet is attached as Exhibit 4;

(5) An index of matters filed is attached as Exhibit 5; and

(6) A list of all counsel of record is attached as Exhibit 6.

8. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and this civil action may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is a civil action between citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs.

9. Defendant Circuit City Stores, Inc. has filed its Notice of Removal with the Clerk of the District Court of Cameron County, Texas.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

_____
John G. Harrison
Attorney-In-Charge
Texas Bar No. 09115990
Southern District Bar No. 21183
700 Preston Commons
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Fax)

Juanita Hernandez
Texas Bar No. 09518700
Southern District Bar No. 9468
2600 Weston Centre
112 East Pecan Street
San Antonio, Texas 78205
(210) 354-1300
(210) 277-2702 (Fax)

ATTORNEYS FOR DEFENDANT
CIRCUIT CITY STORES, INC.

**CERTIFICATE OF SERVICE**

This is to certify that on this 23nd day of October, 2003, a true and correct copy of the above and foregoing Notice of Removal of Civil Action was forwarded via Federal Express to Miguel Salinas, Esq., Law Office of Miguel Salinas, 803 Old Port Isabel Road, Brownsville, Texas 78521.

_____

# EXHIBIT 1

**Corporation Service Company**
2711 Centerville Road Suite 400, Wilmington, DE, 19808
(888) 690-2882    sop@cscinfo.com

United States Corporation Company                         The Prentice-Hall Corporation System, Inc.

## NOTICE OF SERVICE OF PROCESS

| | |
|---|---|
| Date Processed: 03-OCT-03 | Transmittal #: TX1871654P    ALL |
| To: LEGAL COUNSEL<br>CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233 | Redirect sent to:<br>LANETTE STOUT<br><br>OCT 0 9 2003 |

TYPE OF REPRESENTATION:    Statutory

*We enclose the following documents which were served upon:*
             The Prentice-Hall Corporation System, Inc.
*as registered agent in*    Texas         *for*
             CIRCUIT CITY STORES, INC. (ID#:   0454289)
*Documents were served on*  03-OCT-03   *via Certified Mail*         ID#:  70022410000095820747

**Title of Action:** MARCIA A DIAZ                                          Case #: 2003-09-004850-G
       vs. CIRCUIT CITY INC
**Court:** 404TH DISTRICT CAMERON COUNTY TX
**Nature of Case:** Discrimination

| | | |
|---|---|---|
| X  Summons | ___ Notice of Mechanic's Lien | ___ A self-addressed stamped |
| X  Complaint | ___ Notice of Attorney's Lien | envelope enclosed |
| ___ Garnishment | ___ Notice of Default Judgment | ___ Duplicate copies of the Notice |
| ___ Subpoena | | and Acknowledgement enclosed |
| ___ Other: | | |

Answer Due: MONDAY NEXT FOLLOWING 20 DAYS AFTER SERVICE
Documents Sent: Federal Express       ID#:
Call Placed: No call placed            Spoke to: N/A
Comments: N/A

**Attorney for Claimant:**
   MIGUEL SALINAS
   803 OLD PORT ISABEL RD
   BROWNSVILLE TX 78521

   956-550-1115

Form Prepared By: Margaret Leak

Original Client Copy - for your records

The information on this transmittal is provided for use in forwarding the attached documents. This information does not constitute a legal opinion as to the facts or details of this action. These should be obtained from the documents themselves. The receiver of this transmittal is responsible for interpreting the documents and for taking appropriate action. If you have received only a copy of the transmittal, you should be aware that the documents have been sent to the original addressee. You should contact that addressee for details or interpretations of the content of those documents.

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.002.01

No. 2003-09-004850-G                **COPY**

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CIRCUIT CITY, INC.
    SERVING REGISTERED AGENT
    PRENTICE HALL CORP. SYSTEMS
    701 BRAZOS STE. #1050
    AUSTIN, TEXAS 78701

the    DEFENDANT    , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said    PETITION    was filed on SEPTEMBER 29, 2003. A copy of same accompanies this citation.

The file number of said suit being No. 2003-09-004850-G.

The style of the case is:

MARCIA A. DIAZ
VS.
CIRCUIT CITY, INC.

Said petition was filed in said court by    MIGUEL SALINAS   
(Attorney for    PLAINTIFF    ), whose address is
803 OLD PORT ISABEL ROAD BROWNSVILLE, TX. 78521    .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 29th day of SEPTEMBER, A.D. 2003.

                AURORA DE LA GARZA    , DISTRICT CLERK
                Cameron County, Texas
                974 E. Harrison St.
                Brownsville, Texas 78521
                By: _____, Deputy

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE |
|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation. |
| Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court. |
| NAME OF PREPARER          TITLE |
| ADDRESS |
| CITY          STATE          ZIP |

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the <u>29th</u> of <u>SEPTEMBER 2003</u>, I mailed to

<u>CIRCUIT CITY, INC.</u>

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. <u>95820747</u>
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

<u>AURORA DE LA GARZA</u>, District Clerk
Cameron County, Texas

By: _____ Deputy

# EXHIBIT 2

CAUSE NO. 2003-09-4850-A

| | | |
|---|---|---|
| MARCIA A. DIAZ | * | THE 404 DISTRICT COURT |
| | * | |
| VS. | * | OF |
| | * | |
| CIRCUIT CITY, INC. | * | CAMERON COUNTY, TEXAS |

FILED 3:35 O'CLOCK P.M.
AURORA DE LA GARZA, CLERK
SEP 29 2003
DISTRICT COURT OF CAMERON COUNTY, TEXAS

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **MARCIA A. DIAZ**, hereinafter referred to as Plaintiff complaining of **CIRCUIT CITY** hereinafter called by name or as defendant, and for such cause of action, would respectfully show unto the Court as follows:

I.

Discovery in this case is intended to be conducted under Level 2 unless otherwise ordered by the Court or agreed to by the parties.

II.
## PARTIES

Plaintiff, **MARCIA DIAZ**, resides at 4742 Las Palomas, Brownsville, Cameron County, Texas 78526.

Defendant, **CIRCUIT CITY, INC.**, is a foreign corporation formed under the laws of another state but duly licensed to do business in Texas. It can be served with process through its registered agent for service, Prentice Hall Corporation Systems, 701 Brazos Suite #1050, Austin, Texas 78701. Service of Citation is requested via; **Certified Mail, Return Receipt Requested.**

Venue is proper in Cameron County, Texas in that the incidents that form the basis of this cause of action occurred in Cameron County.

## III.
## FACTUAL ALLEGATIONS

Plaintiff Marcia A. Diaz, was born on July 20, 1949 and is therefore over the age of 40.

Ms. Diaz began working for defendant in 1997. During her time with the company, she performed her duties with dedication, loyalty and hard work and was consistently one of the top sales person with defendant's local outlet.

Prior to plaintiff's termination, defendant discontinued its appliance department. The decision was a conscious effort to reach a younger demographic. After the appliance department was closed, plaintiff's work environment changed dramatically, The store hired younger sales people and let the plaintiff know she was not wanted. Specifically, plaintiff was called "abuelita" and "viejita." She was also ignored when she needed technical help and noticed it was readily given to the younger workers. In addition, she was not given the opportunity to train to sell the new electronic items that were being introduced while younger workers were given the necessary training to understand and sell the items.

Despite not being given the necessary training, plaintiff continued to maintain top sales numbers. Nevertheless, her manager would tell her she was not doing a good job of selling electronics and would probably lose her job. In desperation, plaintiff complained to management about the disparate treatment. Shortly thereafter, she was retaliated against by being terminated on inconsequential grounds.

## IV.
## ADMINISTRATIVE PROCEDURES

Within 180 days of the occurrence of the acts complained of, plaintiff filed her initial complaint with the Texas Commission on Human Rights, alleging that the defendants had committed an unlawful employment practice against the plaintiff in violation of the Texas commission on Human Rights Act. Plaintiff received from the Texas Commission on Human Rights, Plaintiff's Right to File Civil Action letter allowing her to file a lawsuit within sixty days of its receipt. A copy of this notice is attached and incorporated by reference. All conditions precedent to the filing of this lawsuit and as required by law have been performed or have occurred.

## V.
## TEXAS COMMISSION ON HUMAN RIGHTS
## AGE DISCRIMINATION

The Plaintiff, **MARCIA A. DIAZ,** was at the time she was terminated a 53 year old employee born on July 20, 1949. As such, she falls within a protected class under Article 5221K, Section 5.01, better known as the Texas Commission on Human Rights Act.

The defendants, are employers with at least fifteen employees, subjecting itself to coverage under the Act. The conduct of the defendants complained of constituted unlawful discrimination and retaliation on the basis of plaintiff's Age.

The defendants, its agents, servants, and employees improperly permitted such discriminatory conduct to take place. The defendants, its servants, and employees knew, or in the exercise of ordinary care, should have known of the existence of the discriminatory conduct.

As a result of defendant's unlawful conduct the plaintiff has suffered the damages listed below.

## VI.
## TEXAS COMMISSION ON HUMAN RIGHTS ACT RETALIATION

Plaintiff asserts a cause of action against defendant Circuit City, Inc., for Retaliation in violation of Section 21.055 of the Texas Commission on Human Rights Act which reads as follows:

§21.055 Retaliation

An employer, labor union, or employment agency commits an unlawful employment practice if the employer, labor union, or employment agency retaliates or discriminates against a person who, under this chapter:

- opposes a discriminatory practice;
- makes or files a charge;
- files a complaint; or
- testifies, assists, or participates in any manner in an investigation, proceeding or hearing.

Plaintiff asserts that she was wrongfully and illegally retaliated against following her a complaint of discrimination. As such she falls within the protection of the statute noted above and sues defendant for its violation.

## VII.
## ACTUAL DAMAGES

As a result of the incidents described above, that is made the basis of this suit, plaintiff has incurred damages in the following respects:

### Lost Earnings and Diminished Earning Capacity

At the time of the incident complained of, plaintiff was gainfully employed. As a

proximate result of the wrongful acts of the defendants, plaintiff was unable to attend to her occupation and thereby suffered a loss of income, loss of retirement and medical plans, fringe benefits and other valuable job rights for which she hereby sues.

Plaintiff's loss of earnings will in all reasonable probability continue long into the future, if not for the balance of plaintiff's natural life. Plaintiff therefore sues for any lost earnings, in the form of back pay, lost wages, front pay, lost future earnings and/or diminished earning capacity, to the extent permitted by law, due to the acts complained of above.

### Past and Future Mental Anguish

As a result of the incidents described above, that made the basis of this suit, plaintiff has suffered bodily injury and physical as well as mental pain and anguish. In all reasonable probability, plaintiff will continue to suffer such mental pain and anguish as well as bodily injury for a long time into the future..

### Attorneys Fees

By reason of the allegations of this petition and the Texas Commission on Human Rights Act, plaintiff is entitled to recover attorneys fees in a sum that are reasonable and necessary. In this connection, plaintiff will show that the attorney whose name is subscribed to this pleading has been employed to assist plaintiff in the prosecution of this action. A reasonable attorneys fee is requested for the work expended in the preparation and trial of this cause along with a reasonable fee for any and all appeals to other courts. Plaintiff further seeks attorney, expert and litigation fees and expenses as permitted by the Texas Commission on Human Rights Act.

### IX.
### EXEMPLARY DAMAGES

The conduct of the defendants and their agents, set out above, were carried out willfully, maliciously, oppressively, and constituted such an entire want of care as to constitute a conscious indifference to the rights or welfare of the plaintiff. The plaintiff will further show that the conduct of the defendant was a pattern and practice of discriminatory conduct towards individuals similarly situated. Plaintiff is hereby entitled to recover exemplary damages to deter such cruel and undignified procedures by the defendants and defendants' management in the future. In this connection, plaintiff will show that this treatment by the defendant caused suffering of immeasurable dimensions. Accordingly, plaintiff requests that exemplary damages be awarded against the defendants and the defendants' corporations, in an amount which exceeds the minimum jurisdictional requirements of this Court.

**WHEREFORE PREMISES CONSIDERED**, plaintiff prays that this Honorable Court grant the following:

- a). Judgment against defendants, both jointly and severally, for plaintiff's damages;
- b). Punitive Damages;
- c). Prejudgment interest as allowed by law;
- d). Attorney, expert and litigation fees and expenses;
- e). Interest on said judgment at the legal rate from date of judgment;
- f). For costs of suit herein; and
- g). Such other relief as the Court deems proper.

Respectfully submitted,

LAW OFFICE OF MIGUEL SALINAS
803 Old Port Isabel Rd.
Brownsville, Texas 78521
(956) 550-1115   Telephone
(956) 550-1134   Telefax

BY: _____
MIGUEL SALINAS
State Bar No. 17534750

ATTORNEY FOR PLAINTIFF

# EXHIBIT 4

RUN DATE 10/22/03
RUN TIME 12:54 PM

PAGE: 01
2003-09-001950-G

* * * CLERK'S ENTRIES * * *

MARCIA A. DIAZ
vs
CIRCUIT CITY, INC.

00594401
MIGUEL SALINAS
803 OLD PORT ISABEL ROAD
BROWNSVILLE, TX. 78521 0000

(10) DAMAGES

09 29 03

09/29/03 ORIGINAL PETITION FILED
09/29/03 CITATION (CM): CIRCUIT CITY, INC.
09/29/03 SERVED: 10/03/03 FILED: 10/07/03

# EXHIBIT 5

Matters being filed:

1. Defendant's Notice of Removal

2. Civil Cover Sheet

# EXHIBIT 6

Case 1:03-cv-00185  Document 1  Filed in TXSD on 10/24/2003  Page 18 of 19

# LIST OF COUNSEL

Miguel Salinas
State Bar No. 17534750
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, TX 78521
(956) 550-1115
(956) 550-1134 (Fax)

ATTORNEY FOR PLAINTIFF

John G. Harrison
Texas Bar No. 09115990
Southern District Bar No. 21183
Attorney-In-Charge
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
700 Preston Commons
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Fax)

Juanita Hernandez
Texas Bar No. 09518700
Southern District Bar No. 9468
2600 Weston Centre
112 East Pecan Street
San Antonio, Texas 78205
(210) 354-1300
(210) 277-2702 (Fax)

ATTORNEYS FOR DEFENDANT