IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 31 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARCIA A. DIAZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 03-CV-185 |
| | § | |
| CIRCUIT CITY, INC., | § | |
| | § | |
| Defendant. | § | |

## DISCLOSURE STATEMENT

Defendant Circuit City Stores, Inc. files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1. There is no parent corporation, and there are no publicly held corporations that own ten percent or more of the stock of Defendant.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_____
John G. Harrison
Attorney-In-Charge
Texas Bar No. 09115990
Southern District Bar No. 21183
700 Preston Commons
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Fax)

Juanita Hernandez
Texas Bar No. 09518700
Southern District Bar No. 9468
2600 Weston Centre
112 East Pecan Street
San Antonio, Texas 78205
(210) 354-1300
(210) 277-2702 (Fax)

ATTORNEYS FOR DEFENDANT
CIRCUIT CITY STORES, INC.

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of October, 2003, a true and correct copy of the above and foregoing Notice of Removal of Civil Action was forwarded via Federal Express to Miguel Salinas, Esq., Law Office of Miguel Salinas, 803 Old Port Isabel Road, Brownsville, Texas 78521.

*[signature: John D. Harrison]*