IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARCIA A. DIAZ, | § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-03-185 |
| | § § | |
| CIRCUIT CITY, INC., | § § | |
| Defendant. | § | |

## DISCLOSURE OF ENTITIES WITH FINANCIAL INTERESTS

Defendant Circuit City Stores, Inc. files this Disclosure pursuant to the Court's October 24, 2003 Order Setting Conference.

The following is a list of all entities that are financially interested in this litigation. Corporations with publicly-traded securities are underlined.

<u>Circuit City Stores, Inc.</u>

First North American National Bank (FNANB)

Patapsco Designs, Inc.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*[signature]*

John G. Harrison, Attorney-In-Charge
Texas Bar No. 09115990
700 Preston Commons
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Fax)


Juanita Hernandez
Texas Bar No. 09518700
Southern District Bar No. 9468
2600 Weston Centre
112 East Pecan Street
San Antonio, Texas 78205
(210) 354-1300
(210) 277-2702 (Fax)

ATTORNEYS FOR DEFENDANT
CIRCUIT CITY STORES, INC.

## CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of November, 2003, a true and correct copy of the above and foregoing Disclosure of Entities with Financial Interests was forwarded via U.S. Mail to Miguel Salinas, Esq., Law Office of Miguel Salinas, 803 Old Port Isabel Road, Brownsville, Texas 78521.

*[signature]*

DISCLOSURE OF ENTITIES WITH FINANCIAL INTERESTS - Page 2